Donald VAN METER, Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA, Department of Social Services; William Wetozins; V. Katherine Van Meter, Defendants–Appellees.

No. 01–1711.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Donald Van Meter, pro se. Jason Paul Cooley, Office of the Attorney General, Fairfax, VA; Lisette Pedre Mestre, Legal Services of Northern Virginia, Falls Church, VA, for appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Donald Van Meter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Van Meter v. Commonwealth of VA,* No. CA–01–364–A (E.D.Va. Apr. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*